# CONSENT TO BECOME A PARTY PLAINTIFF

### Roman Haack et al. v. Personnel Staffing Group of Northbrook et al.

ATTN: PERSONNEL STAFFING GROUP, UNPAID WAGES ACTION
Robbins, Salomon & Patt, Ltd. 180 N. Michigan, Suite 3300
Chicago IL 60601
Fax to: (312) 782-6690
lsplatt@rsplaw.com

OR

Law Offices of William J. Provenzano & Associates, Ltd.
1580 N. Milwaukee Av. #520
Libertyville, IL 60048
Fax to: (847) 816-6805
wjprovenzano@ameritech.net

By signing below, I state that I have been employed by Personnel Staffing Group of Northbrook, IL, Northern Illinois Fence, Inc., doing business as Fox Valley Fence & Supply, Co., Fax Valley Fence, Complete Northern Illinois Fence; U.S. Installers, Inc., Raymond Hohe, individually, and Catherine Hohe, individually; collectively and as joint employers and or alter-egos, within the past three years and that I hereby consent to join this lawsuit seeking unpaid wages based on Defendants' violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq.*, the Illinois Minimum Wage Act, 820 ILCS 105/1, *et seq.*, and the Illinois Prevailing Wage Act, 820 ILCS 130/0.01 *et seq.*

I hereby designate jointly the law firms of Robbins, Salomon & Patt, Ltd. and Law Offices of William J. Provenzano & Associates, Ltd. to represent me for all purposes of this action.

I also designate the Class Representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

3-7-17
Date

*Cody Clay*
Signature

*Cody Clay*
Printed Name

**\*\*Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights\*\***


EXHIBIT B