**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROMAN HAACK, CODY CLAY, and RYAN BANTA, and all other employees similarly situated, known and unknown, | ) ) ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| PERSONNEL STAFFING GROUP, LLC, | ) | Case No. 17-cv-02854 |
| DANIEL S. BARNETT, individually, | ) | |
| DAVID BARNETT, individually, | ) | Judge Ronald A. Guzman |
| NORTHERN ILLINOIS FENCE, | ) | |
| dba COMPLETE NORTHERN ILLINOIS | ) | |
| FENCE or "CNI", COMPLETE FENCE | ) | |
| (formerly Fox Valley Fence) dba CNI, | ) | |
| U.S. INSTALLERS dba NORTHERN ILLINOIS | ) | |
| FENCE, and RAYMOND HOHE, individually, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN**

The Parties, by and through their attorneys, submit this Joint Initial Status Report and Discovery Plan.

**1.**      **Nature of the Claims**

     A.   **Attorneys of Record:**

Plaintiffs:

L. Steven Platt
ROBBINS, SALMON & PATT, LTD.
180 N. Lasalle, Suite 3300
Chicago, Illinois 60601
(312) 456-0285
Lsplatt@rsplaw.com
*Lead Counsel- Trial Counsel*

Mr. William Provenzano
Law Offices of William J. Provenzano & Associates, Ltd.
1580 S. Milwaukee Ave.  Suite 550
Libertyville, Illinois 60048

-1-

(847) 816-6588
wjprovenzano@ameritech.net

Defendants:

Richard J. Miller
Miller Law Firm P.C.
1051 Perimeter Drive, Ste 400
Schaumburg, Illinois 60173
(847)995-1205
richard.miller@millerlawfirm.org

B. **Jurisdiction:** Plaintiff alleges the Court has jurisdiction over Plaintiffs' FLSA claims by nature of the federal questions, and also over Plaintiff's related state law claims.

C. **Nature of the Claims and Defenses:** Plaintiffs bring this action claim for unpaid overtime wages and other relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, the Illinois Minimum Wage Law ("IMWL"), 820 ILCS § 105/1 *et seq.* for Defendant's refusal to pay Plaintiffs their full wages.  Defendant's unlawful compensation practices have had the effect of denying Plaintiffs their lawfully earned and living wages.  Plaintiffs bring this FLSA claim pursuant to 29 U.S.C. § 216(b) and their state law claims pursuant to F.R.C.P. 23.  Plaintiff seeks an amount to be determined at trial, which would include the amount of unpaid wages, an equal amount in liquidated damages under the FLSA, an amount of  2% monthly statutory interest mandated by IMWL, as well as,  and reasonable costs and attorney fees.

Defendant denies the claims, including applicability of FLSA, employment of Plaintiffs ROMAN HAACK, CODY CLAY, and RYAN BANTA.

**2 Pending Motions and Case Plan**

A. **Identify any Pending Motions.** Plaintiff's Motion to Conditionally Certify the Class was granted on January 23, 2018

B. **Proposed Conditional Class and Discovery Plan:**

I.        The Defendant shall tender name and address information of the certified class by February 28, 2018.

II.        Plaintiff's will send out Class Notice within 30 days of receiving name and address data from Defendant.

III.        Plaintiff's to complete Conditional Class Certification data receipt within 60 days of Class notice sent out.

IV.        General Type of Discovery Needed: Parties expect written discovery will be needed on the subjects of: Plaintiff's employee status, time cards, time sheets, and payroll information. For the subject of applicability of FLSA, written discovery will be needed regarding Defendant's finances, tax returns, and materials orders and deliveries. Depositions may be necessary if the Defendant's lack accurate time and payroll employment records.

V.        Disclosures not already covered under MID pursuant to FED. R. CIV. P. 26(a)(1) to be made by February 21, 2018.  Written discovery to be issued by February 28, 2018.

VI.        Parties do not expect the need for expert witnesses.

VII.        Discovery completion date: August 30, 2018.

VIII.        Parties do not expect the need for expert witnesses. Insofar as they are necessary, the parties agree to defer such expert discovery until it becomes necessary for a hearing or trial.

IX.        The deadline for amending pleading and adding other parties shall be done by September 30, 2018.

X.        The deadline for the parties to file dispositive motions shall be October 31, 2018.

**C. E-Discovery.**

**i.** The Parties do not expect discovery will encompass E-Discovery, so do not anticipate any disputes.

**D.** Plaintiff has requested a Jury and the probable length of trial is 4 days.

**3. Consent to Proceed Before a Magistrate Judge.**

The Parties do/do not consent to proceed before a Magistrate Judge for all matters.

**4. Status of Settlement Discussions.**

    **a.** The Parties have participated in settlement discussions. There has been no resolution.

    **b.** The Parties do not request a settlement conference before the Magistrate Judge.

Dated: January 30, 2018

Respectfully submitted,

| | |
|---|---|
| ROMAN HAACK, CODY CLAY, and RYAN BANTA, and all other employees similarly situated,known and unknown | NORTHERN ILLINOIS FENCE COMPLETE FENCE (formerly Fox Valley Fence) dba "CNI", U.S. INSTALLERS dba NORTHERN ILLINOIS FENCE and RAYMOND HOHE, individually |
| BY: /s/ L. Steven Platt | By:/s/ Richard J. Miller |
| L. Steven Platt | Richard J. Miller |
| ROBBINS, SALMON & PATT, LTD. | Miller Law Firm P.C. |
| 180 N. Lasalle, Suite 3300 | 1051 Perimeter Drive, Ste 400 |
| Chicago, Illinois 60601 | Schaumburg, Illinois 60173 |
| (312) 456-0285 | (847)995-1205 |
| Lsplatt@rsplaw.com | richard.miller@millerlawfirm.org |