ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Haack et al,

Plaintiff(s),

v.

Personnel Staffing LLC et al,

Defendant(s).

Case No.  17 CV 2854
Judge Young B. Kim

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

      which ☐ includes      pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Judgment is entered on the verdict in favor of Defendants Raymond Hohe and Kevin Hohe and against all Plaintiffs. Judgment is also entered on the verdict in favor of Defendants Northern Illinois Fence and Complete Fence and against Plaintiff Ryan Banta.

---

This action was *(check one)*:

☒ tried by a jury with Judge Young B. Kim presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date:  9/1/2021                            Thomas G. Bruton, Clerk of Court

                                              Michelle Alston , Deputy Clerk