**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROMAN HAACK, CODY CLAY, and RYAN BANTA, and all other employees similarly situated, known and unknown,<br>      Plaintiffs,<br><br>vs.<br><br>NORTHERN ILLINOIS FENCE, dba COMPLETE NORTHERN ILLINOIS FENCE or "CNI", COMPLETE FENCE (formerly Fox Valley Fence) dba CNI, U.S. INSTALLERS dba NORTHERN ILLINOIS FENCE, and RAYMOND HOHE, individually, KEVIN HOHE, individually.<br>      Defendants. | Case No. 17-cv-02854 |

**STATUS REPORT OF SEPTEMBER 10, 2021**

The Parties report that they have a settlement in principle. Defendants' counsel has begun drafting the settlement agreement and intends on having the same delivered to Plaintiff's counsel by September 17, 2021. The Parties request this Honorable Court set a date for a status report/dismissal for September 24, 2021.

| | |
|---|---|
| *s/ L. Steven Plat*<br>L. Steven Platt<br>MILLER CANFIELD PADDOCK and STONE PLC<br>225 W. Washington, Suite 2600<br>Chicago, Illinois 60606<br>(312) 460-4231<br>platt@millercanfield.com<br>Attorney(s) For Plaintiff | *s/ Richard J. Miller*<br>Richard J. Miller<br>THE MILLER LAW FIRM P.C<br>1051 Perimeter Drive, Suite 400<br>Schaumburg, Illinois 60173<br>(847) 995-1205<br>richard.miller@millerlawfirm.org<br>Attorney(s) For Defendants |

1