IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROMAN HAACK, CODY CLAY, and RYAN BANTA, and all other employees similarly situated, known and unknown,<br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>NORTHERN ILLINOIS FENCE,<br>dba COMPLETE NORTHERN ILLINOIS FENCE or "CNI", COMPLETE FENCE (formerly Fox Valley Fence) dba CNI, U.S. INSTALLERS dba NORTHERN ILLINOIS FENCE, and RAYMOND HOHE, individually, KEVIN HOHE, individually.<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 17-cv-02854<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT OF SEPTEMBER 24, 2021**

The Parties report that a written settlement agreement has been circulated for signatures by all parties. The Parties expect to have all signatures within the next 14 day. Therefore, the Parties respectfully request this Honorable Court set a date of October 8, 2021, regarding the dismissal of all matters.

*s/ L. Steven Platt*
L. Steven Platt
MILLER CANFIELD PADDOCK and STONE PLC
225 W. Washington, Suite 2600
Chicago, Illinois 60606
(312) 460-4231
platt@millercanfield.com
Attorney(s) For Plaintiff

*s/ Richard J. Miller*
Richard J. Miller
THE MILLER LAW FIRM P.C
1051 Perimeter Drive, Suite 400
Schaumburg, Illinois 60173
(847) 995-1205
richard.miller@millerlawfirm.org
Attorney(s) For Defendants

1